```
RICHARD KASHDAN    #154719
Law Office of Richard Kashdan
434 Grove St.
San Francisco, CA  94102
Phone: (415)621-4080
Fax:   (415)621-9554
Email: richard@wideweb.com

Attorney for Plaintiff
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

```
PATRICIA NASH,                    )
                                  )     No. C 05 5307 EMC
    Plaintiff,                    )
                                  )
    vs.                           )     DEMAND FOR JURY TRIAL
                                  )
BAY AREA RAPID TRANSIT            )
    DISTRICT, DOES 1-40,          )
                                  )
    Defendants.                   )
_____  )
```

   Plaintiff Patricia Nash hereby demands a trial by jury in this action.

DATED:  December 29, 2005

```
                          By:_____/S/_____
                                RICHARD L. KASHDAN
                               Attorney for Plaintiff
```

---

1

Plaintiff's Demand for Jury Trial

**PROOF OF SERVICE BY MAIL**

I am over the age of 18 years, a currently-licensed attorney at law, and not a party to this action. On this date I mailed a copy of this document with postage prepaid addressed to:

Mark F. Hazelwood
Laura S. Flynn
Low, Ball & Lynch
505 Montgomery St.  7th flr
San Francisco, CA  94111-2584

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 29, 2005

                                                                                     _____/S/_____
                                                                                          Richard L. Kashdan