1  RICHARD KASHDAN    #154719
   Law Office of Richard Kashdan
2  434 Grove St.
   San Francisco, CA  94102
3  Phone: (415)621-4080
   Fax:   (415)621-9554
4  Email: richard@wideweb.com

5  Attorney for Plaintiff

6

7                     **UNITED STATES DISTRICT COURT**

8                     **NORTHERN DISTRICT OF CALIFORNIA**

9

10 PATRICIA NASH,                    )
                                     )         **No. C 05 5307 EMC**
11      Plaintiff,                   )
                                     )
12    vs.                            )         **CONSENT TO THE ASSIGNMENT OF**
                                     )         **A MAGISTRATE JUDGE FOR ALL**
13 BAY AREA RAPID TRANSIT            )         **PURPOSES**
       DISTRICT, DOES 1-40,          )
14                                   )
        Defendants.                  )
15 _____   )

16
        Plaintiff Patricia Nash hereby consents to the assignment
17
   of a U.S. Magistrate Judge for all purposes.
18

19
   DATED:  December 29, 2005
20

21                                     By:_____/S/_____
                                           RICHARD L. KASHDAN
22                                         Attorney for Plaintiff

23

24

25

26

27

28
                                      1
   Plaintiff's Consent to Assignment of Magistrate Judge

**PROOF OF SERVICE BY MAIL**

I am over the age of 18 years, a currently-licensed attorney at law, and not a party to this action. On this date I mailed a copy of this document with postage prepaid addressed to:

Mark F. Hazelwood
Laura S. Flynn
Low, Ball & Lynch
505 Montgomery St. 7th flr
San Francisco, CA 94111-2584

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 29, 2005

                _____/S/_____
                   Richard L. Kashdan

2

Plaintiff's Consent to Assignment of Magistrate Judge