```
 1  RICHARD KASHDAN      #154719
    Law Office of Richard Kashdan
 2  434 Grove St.
    San Francisco, CA  94102
 3  Phone: (415)621-4080
    Fax:   (415)621-9554
 4  Email: richard@wideweb.com

 5  Attorney for Plaintiff

 6

 7                 UNITED STATES DISTRICT COURT

 8              NORTHERN DISTRICT OF CALIFORNIA

 9

10  PATRICIA NASH,              )
                                )   No. C 05 5307 VRW
11       Plaintiff,             )
                                )
12     vs.                      )   STIPULATION TO CONTINUE CASE
                                )   MANAGEMENT CONFERENCE TO
13  BAY AREA RAPID TRANSIT      )   OCTOBER 3
       DISTRICT, DOES 1-40,     )
14                              )
         Defendants.            )
15  _____)
```

16    A Case Management Conference has been scheduled for
17  September 5, 2006 before Chief Judge Walker.  Richard Kashdan,
18  the attorney for plaintiff Patricia Nash, has a jury trial
19  starting that day in San Francisco Superior Court so will not be
20  able to attend.  The parties have stipulated to continue the
21  Case Management Conference to October 3, 2006.

                              1
Stipulation to Continue Case Management Conference

1
2  DATED: July 31, 2006
3
4                                          By: _____
                                               RICHARD L. KASHDAN
5                                              Attorney for Plaintiff
6
7  DATED:  8/3/06
8
9                                          By: _____
                                               Attorney for Defendant BARTD
10

                                    2
                Stipulation to Continue Case Management Conference