**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTE**

**VAUGHN R. WALKER**
United States District Chief Judge

Date : October 3, 2006

**C 05-5307 VRW**     **Patricia Nash**   v   **BARTD**

Attorneys : Pla: Richard Kashdan       Def:  Mark Hazelwood

Deputy Clerk: Cora Delfin                Reporter: not reported

PROCEEDINGS:

Case Management Conference - Held

 Amend Complaint by February 6, 2007.

Further Case Management Conference: February 6, 2007 @ 9:00 a.m.

Notes:
Depositions (preliminary) - plaintiff, driver and witnesses.