RICHARD KASHDAN    #154719
Law Office of Richard Kashdan
434 Grove St.
San Francisco, CA  94102
Phone: (415)621-4080
Fax:   (415)621-9554
Email: richard@wideweb.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICIA NASH,                )
                              )   No. C 05 5307 VRW
    Plaintiff,                )
                              )
    vs.                       )   STIPULATION TO CONTINUE CASE
                              )   MANAGEMENT CONFERENCE TO
BAY AREA RAPID TRANSIT        )   MARCH 20, 2007
    DISTRICT, DOES 1-40,      )
                              )
    Defendants.               )
_____)

    A Case Management Conference has been scheduled for February 6, 2007 before Chief Judge Walker at which the parties are to report on the factors each believes caused plaintiff's accident and the damages she sustained. A couple of issues have arisen and the parties are still gathering information on plaintiff's claim of lost income, the condition of the platform edging tiles at the time of the accident, and the orientation of the two cars that plaintiff fell between (relevant to the width of the gap between cars that she fell into). The parties are not yet ready to submit the report to the court, and have

1  stipulated that with court approval, the upcoming case
2  management conference be continued to March 20, 2007.
3
4
5  DATED: January 29, 2007
6
7  By: _____
8      RICHARD L. KASHDAN
       Attorney for Plaintiff
       Patricia Nash
9
10
11 DATED: January 29, 2007
12
13 By: _____
       MARK F. HAZELWOOD
       Attorney for Defendant BARTD

2
Stipulation to Continue Case Management Conference