RICHARD KASHDAN    #154719
Law Office of Richard Kashdan
434 Grove St.
San Francisco, CA  94102
Phone: (415)621-4080
Fax:   (415)621-9554
Email: richard@wideweb.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA NASH,<br><br>        Plaintiff,<br><br>    vs.<br><br>BAY AREA RAPID TRANSIT<br>    DISTRICT, DOES 1-40,<br><br>        Defendants. | No. C 05 5307 VRW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO MARCH 20, 2007** |

    A Case Management Conference has been scheduled for February 6, 2007 before Chief Judge Walker at which the parties are to report on the factors each believes caused plaintiff's accident and the damages she sustained.  A couple of issues have arisen and the parties are still gathering information on plaintiff's claim of lost income, the condition of the platform edging tiles at the time of the accident, and the orientation of the two cars that plaintiff fell between (relevant to the width of the gap between cars that she fell into).  The parties are not yet ready to submit the report to the court, and have

1  stipulated that with court approval, the upcoming case
2  management conference be continued to March 20, 2007.
3
4
5  DATED: January 29, 2007

                                          By: _____
                                              RICHARD L. KASHDAN
                                              Attorney for Plaintiff
                                              Patricia Nash

10
11 DATED: January 29, 2007

                                          By: _____
                                              MARK F. HAZELWOOD
                                              Attorney for Defendant BARTD

**GRANTED**
Judge Vaughn R Walker
(United States District Court, Northern District of California seal)

Dated: January 31, 2007