UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :  March 20, 2007

**C 05-5307 VRW**        Patricia Nash  v  Bay Area Rapid Transit District, et al.

Attorneys :        Pla: Michael Kashdan        Def:  Mark Hazelwood

Deputy Clerk: Cora Klein                              Reporter: not reported

PROCEEDINGS:
Further Case Management Conference - Held

ADR to be used: Parties agreed to Private Mediation to be completed: 8/29/2007

Fact Discovery Cutoff: 5/29/07        Designation of Experts/Reports:  8/1/07
Rebuttal Expert/Report:  8/12/07      Experts Discovery Cutoff:  8/29/07


DISPOSITIVE MOTIONS HEARING: 9/13/2007 @ 2:00 p.m.
File Motion:                  Opposition:                    Reply:

PRETRIAL CONFERENCE:  10/16/2007@ 9:00 a.m.(including motions in limine)

TRIAL DATE: 11/5/2007 @8:30 a.m.        Jury/Court - 5 days


Order to be prepared by:    Plntf_____   Deft_____   Court_x_