1  MARK F. HAZELWOOD, # 136521
   LAURA S. FLYNN, # 148511
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone: (415) 981-6630
4  Facsimile: (415) 982-1634

5  Attorneys for Defendant
   BAY AREA RAPID TRANSIT DISTRICT
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 PATRICIA NASH,                        )  NO. C 05 5307 VRW
                                          )
12                Plaintiff,              )  [Proposed] ORDER GRANTING
                                          )  DEFENDANT BAY AREA
13        vs.                             )  RAPID TRANSIT DISTRICT'S
                                          )  MOTION TO CONTINUE
14 BAY AREA RAPID TRANSIT DISTRICT, DOES  )  TRIAL DATE
   1- 40,                                 )
15                                        )  Date:  August 9, 2007
                  Defendants.             )  Time:  2:00 p.m.
16 _____)  Ctrm:  6

17      On motion of defendant BAY AREA RAPID TRANSIT DISTRICT for a continuance of trial of

18 this action from the date present set, and the motion having been considered and submitted, and good

19 cause appearing; therefore,

20      IT IS HEREBY ORDERED THAT the motion for continuance be and it is granted, and that the

21 trial date is vacated and the case set for trial commencing on _____, 2008. The Pretrial Order

22 is modified as follows:

23      **Discovery Cut-Off:** All discovery, including responses to interrogatories and discovery

24 requests, shall be served by _____.

25      **Expert Disclosure:** On or before _____, or if for purposes of rebuttal, _____

26 _____. Discovery from experts shall be taken by deposition only and must be concluded by

27 _____.

28

-1-

[Proposed] ORDER GRANTING DEFENDANT BAY AREA RAPID TRANSIT DISTRICT'S MOTION TO
CONTINUE TRIAL DATE

J:\1752\sf0186\Pld\P-ODContinue.wpd                                                    C 05 5307 VRW

-2-

1     **Pretrial Conference:** The court will conduct a Pretrial Conference on _____
2 at 9:00 a.m. in Courtroom No. 6.

3

4     Dated: July \_\_\_\_, 2007.                                  _____

5                                                                  HONORABLE VAUGHN R. WALKER