1  MARK F. HAZELWOOD, # 136521
   LAURA S. FLYNN, # 148511
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone: (415) 981-6630
4  Facsimile: (415) 982-1634

5  Attorneys for Defendant
   BAY AREA RAPID TRANSIT DISTRICT

FILED
JUL 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA NASH,<br><br>        Plaintiff,<br><br>vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT, DOES 1- 40,<br><br>        Defendants. | NO. C 05 5307 VRW<br><br>[Proposed] ORDER GRANTING STIPULATION TO CONTINUE PRETRIAL ORDER DISCOVERY DEADLINES |

Based on the need for additional time to complete discovery, the parties' related Stipulation fo Continue Pretrial Order Discovery Deadlines, defendant BAY AREA RAPID TRANSIT DISTRICT'S pending Motion to Continue Trial, and good cause appearing,

IT IS HEREBY ORDERED THAT the discovery deadlines currently set forth in the Court's Pretrial Order be continued for thirty days. The new deadlines will be as follows:

**Discovery Cut-Off:** September 28, 2007.

**Expert Disclosure**: On or before August 31, 2007, or if for the purpose of rebuttal, September 12, 2007. Discovery from experts shall be taken by deposition only and must be concluded by September 28, 2007.

Dated: July 13, 2007.

_____
HONORABLE VAUGHN R. WALKER

-1-

[Proposed] ORDER GRANTING STIPULATION TO CONTINUE PRETRIAL ORDER DISCOVERY DEADLINES

J:\1752\sf0186\Pld\P-ODSTIPContinue.wpd                                                                 C 05 5307 VRW