1  MARK F. HAZELWOOD, # 136521
   LAURA S. FLYNN, # 148511
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone: (415) 981-6630
4  Facsimile: (415) 982-1634

5  Attorneys for Defendant
   BAY AREA RAPID TRANSIT DISTRICT
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 PATRICIA NASH,                    )   NO. C 05 5307 VRW
                                     )
12              Plaintiff,           )   NOTICE OF ENTRY OF ORDER
                                     )
13      vs.                          )
                                     )
14 BAY AREA RAPID TRANSIT DISTRICT, DOES )
   1- 40,                            )
15                                   )
                Defendants.           )
16 _____)

17 TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

18      PLEASE TAKE NOTICE that on July 13, 2007, the Court entered an Order granting defendant

19 Bay Area Rapid Transit District's Stipulation to Continue Pretrial Order Discovery Deadlines. A copy

20 of the entered order is attached hereto as Exhibit "A."

21

22      Dated: July 17, 2007.

23                                       LOW, BALL & LYNCH

24

25                                       By_____
                                           MARK F. HAZELWOOD
26                                         LAURA S. FLYNN
                                           Attorneys for Defendant
27                                         BAY AREA RAPID TRANSIT DISTRICT

28

-1-
NOTICE OF ENTRY OF ORDER
J:\1752\sf0186\Pld\NtcEntryOrder.wpd                                    C 05 5307 VRW

# EXHIBIT "A"

1  MARK F. HAZELWOOD, # 136521
   LAURA S. FLYNN, # 148511
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone: (415) 981-6630
4  Facsimile: (415) 982-1634

5  Attorneys for Defendant
   BAY AREA RAPID TRANSIT DISTRICT
6

7

FILED
JUL 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 PATRICIA NASH,                          )   NO. C 05 5307 VRW
                                           )
12                Plaintiff,               )   [Proposed] ORDER GRANTING
                                           )   STIPULATION TO CONTINUE
13      vs.                                )   PRETRIAL ORDER
                                           )   DISCOVERY DEADLINES
14 BAY AREA RAPID TRANSIT DISTRICT, DOES   )
   1- 40,                                  )
15                                         )
                  Defendants.              )
16 _____)

17       Based on the need for additional time to complete discovery, the parties' related Stipulation fo

18 Continue Pretrial Order Discovery Deadlines, defendant BAY AREA RAPID TRANSIT DISTRICT'S

19 pending Motion to Continue Trial, and good cause appearing,

20       IT IS HEREBY ORDERED THAT the discovery deadlines currently set forth in the Court's

21 Pretrial Order be continued for thirty days. The new deadlines will be as follows:

22       **Discovery Cut-Off:** September 28, 2007.

23       **Expert Disclosure:** On or before August 31, 2007, or if for the purpose of rebuttal, September

24 12, 2007. Discovery from experts shall be taken by deposition only and must be concluded by

25 September 28, 2007.

26       Dated: July 13, 2007.

27                                              _____
                                                HONORABLE VAUGHN R. WALKER
28

---
-1-

[Proposed] ORDER GRANTING STIPULATION TO CONTINUE PRETRIAL ORDER DISCOVERY
DEADLINES

J:\1752\sf0186\Pld\P-ODSTIPContinue.wpd                                              C 05 5307 VRW