**LOW, BALL & LYNCH**  ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

505 MONTGOMERY STREET, 7TH FLOOR, SAN FRANCISCO, CALIFORNIA 94111-2584
TELEPHONE (415) 981-6630 • FACSIMILE (415) 982-1634 • WWW.LOWBALL.COM

July 18, 2007

The Honorable Vaughn R. Walker
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor, #1111
San Francisco, CA 94102

Re: Nash v. Bay Area Rapid Transit District - Motion to Continue Trial
Hearing Date: August 9, 2007
Case No.: C 05 5307 VRW

Dear Judge Walker:

In follow-up to my telephone conversation with your staff last week, I can now confirm that plaintiff's counsel Richard Kashdan has stipulated to the motion to continue trial. I am writing this letter, because Mr. Kashdan is out of state at this time.

The parties have agreed that, with the court's approval, that the trial be continued to March 3, 2008. Other applicable dates would be modified as follows:

| | |
|---|---|
| Discovery Cut-off: | February 1, 2008 |
| Expert Disclosure: | January 5, 2008 |
| Rebuttal Expert Disclosure: | January 17, 2008 |
| Expert Discovery Cut-off: | February 1, 2008 |
| ADA/Mediation Completion: | February 1, 2008 |
| Dispositive Motion Hearing: | February 1, 2008, or date to be assigned by court |
| Pre-trial Conference: | To be assigned by court |

I understand from your staff that there will be no oral argument relating to the motion to continue. The parties would greatly appreciate your consideration of the proposed new dates set forth above. If you or your staff have any comments or questions, do not hesitate to contact me.

Very truly yours,

LOW, BALL & LYNCH

Mark F. Hazelwood

MFH/dc
cc: Richard Kashdan

J:\1752\sf0186\Ltr\court(VRW)-003.wpd

MONTEREY OFFICE • 2 LOWER RAGSDALE DRIVE, SUITE 110, MONTEREY, CALIFORNIA 93940 • TELEPHONE (831) 655-8822  FAX (831) 655-8881