1  MARK F. HAZELWOOD, # 136521
   LAURA S. FLYNN, # 148511
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone: (415) 981-6630
4  Facsimile: (415) 982-1634

5  Attorneys for Defendant
   BAY AREA RAPID TRANSIT DISTRICT
6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 PATRICIA NASH,                    )  NO. C 05 5307 VRW
                                     )
12                Plaintiff,          )  **STIPULATION TO CONTINUE
                                     )  TRIAL AND RELATED PRE-
13        vs.                         )  TRIAL DEADLINES**
                                     )
14 BAY AREA RAPID TRANSIT DISTRICT, DOES )
   1- 40,                            )
15                                    )
                Defendants.            )
16 _____ )

17
        Based on the need for additional time to complete discovery, the parties agree to continue the
18
   current trial date of November 5, 2007 to March 10, 2008. The pre-trial deadlines will be modified as
19
   follows:
20
        Discovery Cut-off:              January 18, 2008
21
        Expert Disclosure:              December 21, 2007
22
        Rebuttal Expert Disclosure:     January 4, 2008
23
        Expert Discovery Cut-off:       January 25, 2008
24
        ADA/Mediation Completion:       January 4, 2008
25
        Dispositive Motion Hearing:     January 3, 2008 - 2:00 p.m.
26
        Pre-trial Conference:           February 12, 2008 - 9:00 a.m.
27

28

-1-
**STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES**
J:\1752\sf0186\Pld\P-STIPContinue-002.wpd                                              C 05 5307 VRW

1  IT IS SO STIPULATED,

2

3  Dated: July 3) , 2007.

4                                              LOW, BALL & LYNCH

5

6                                              By_____
                                                   MARK F. HAZELWOOD
7                                                  LAURA S. FLYNN
                                                   Attorneys for Defendant
8                                                  BAY AREA RAPID TRANSIT DISTRICT

9

10  Dated: July _____, 2007.

11                                             LAW OFFICE OF RICHARD KASHDAN

12

13                                             By_____
                                                   RICHARD KASHDAN
14                                                 Attorney for Plaintiff
                                                   PATRICIA NASH

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES**

J:\1752\sf0186\Pld\P-STIPContinue-002.wpd                                    C 05 5307 VRW

IT IS SO STIPULATED,

Dated: July _____, 2007.

                               LOW, BALL & LYNCH

                               By_____
                               MARK F. HAZELWOOD
                               LAURA S. FLYNN
                               Attorneys for Defendant
                               BAY AREA RAPID TRANSIT DISTRICT

Dated: ~~July~~ AUGUST 1, _____, 2007.

                               LAW OFFICE OF RICHARD KASHDAN

                               By_/s/ Richard Kashdan_____
                               RICHARD KASHDAN
                               Attorney for Plaintiff
                               PATRICIA NASH

1  MARK F. HAZELWOOD, # 136521
   LAURA S. FLYNN, # 148511
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone: (415) 981-6630
4  Facsimile: (415) 982-1634

5  Attorneys for Defendant
   BAY AREA RAPID TRANSIT DISTRICT
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 PATRICIA NASH,                    )   NO. C 05 5307 VRW
                                     )
12              Plaintiff,           )   [Proposed] ORDER GRANTING
                                     )   CONTINUANCE OF TRIAL
13     vs.                           )   DATE AND PRE-TRIAL
                                     )   DEADLINES
14 BAY AREA RAPID TRANSIT DISTRICT, DOES )
   1- 40,                            )
15                                   )
                Defendants.          )
16 _____)

17     Based upon the need for additional time to complete discovery, the parties' related stipulation to
18 continue the trial date, and good cause appearing,
19     IT IS HEREBY ORDERED THAT the trial in this matter be continued from November 5, 2007
20 to March 10, 2008. The pre-trial deadlines will be modified as follows:

21     Discovery Cut-off:            January 18, 2008
22     Expert Disclosure:            December 21, 2007
       Rebuttal Expert Disclosure:   January 4, 2008
23     Expert Discovery Cut-off:     January 25, 2008
24     ADA/Mediation Completion:     January 4, 2008
25     Dispositive Motion Hearing:   January 3, 2008
       Pre-trial Conference:         February 12, 2008
26

27     Dated: August ___, 2007
                                              _____
28                                            HONORABLE VAUGHN R. WALKER

-1-

[Proposed] ORDER GRANTING STIPULATION TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES
J:\1752\sf0186\Pld\P-ODContTrial.wpd                                            C 05 5307 VRW