MARK F. HAZELWOOD, # 136521
LAURA S. FLYNN, # 148511
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone: (415) 981-6630
Facsimile: (415) 982-1634

Attorneys for Defendant
BAY AREA RAPID TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA NASH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT, DOES 1- 40,<br><br>　　　　　Defendants. | NO. C 05 5307 VRW<br><br>[~~Proposed~~] ORDER GRANTING CONTINUANCE OF TRIAL DATE AND PRE-TRIAL DEADLINES |

Based upon the need for additional time to complete discovery, the parties' related stipulation to continue the trial date, and good cause appearing,

IT IS HEREBY ORDERED THAT the trial in this matter be continued from November 5, 2007 to March 10, 2008. The pre-trial deadlines will be modified as follows:

| | |
|---|---|
| Discovery Cut-off: | January 18, 2008 |
| Expert Disclosure: | December 21, 2007 |
| Rebuttal Expert Disclosure: | January 4, 2008 |
| Expert Discovery Cut-off: | January 25, 2008 |
| ADA/Mediation Completion: | January 4, 2008 |
| Dispositive Motion Hearing: | January 3, 2008 |
| Pre-trial Conference: | February 12, 2008 |

Dated: August 3, 2007

IT IS SO ORDERED
Judge Vaughn R Walker

HONORABLE VAUGHN R. WALKER

-1-

[Proposed] ORDER GRANTING STIPULATION TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES
J:\1752\sf0186\Pld\P-ODContTrial.wpd
C 05 5307 VRW