IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA NASH, | No. C 05-5307 VRW |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| BARTD, | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Pretrial Conference currently scheduled for February 12, 2008 has been **continued to Thursday, February 14, 2008 at 3:30 p.m.** Parties are directed to file their pretrial papers in accordance with the court's case management scheduling order. Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: November 7, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

By: _Cora Klein_
Cora Klein, Courtroom Deputy Clerk to
Chief Judge Vaughn Walker