1  MARK F. HAZELWOOD, # 136521
   LAURA S. FLYNN, # 148511
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone: (415) 981-6630
4  Facsimile: (415) 982-1634

5  Attorneys for Defendant
   BAY AREA RAPID TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA NASH,<br><br>                Plaintiff,<br><br>vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT, DOES 1- 40,<br><br>                Defendants. | NO. C 05 5307 VRW<br><br>**STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES AND PROPOSED ORDER** |

Based on the need for additional time to complete depositions and to participate in a mediation, the parties agree to continue the current trial date of March 10, 2008 to April 14, 2008. The pre-trial deadlines will be modified as follows:

| | |
|---|---|
| Discovery Cut-off: | February 22, 2008 |
| Expert Disclosure: | January 28, 2008 |
| Rebuttal Expert Disclosure: | February 11, 2008 |
| Expert Discovery Cut-off: | April 4, 2008 |
| ADA/Mediation Completion: | March 17, 2008 |
| Dispositive Motion Hearing: | March 6, 2008 - 2:00 p.m. |
| Pre-trial Conference: | March 27, 2008 - 9:00 a.m. |

-1-

IT IS SO STIPULATED,

Dated: December 6, 2007.

                                  LOW, BALL & LYNCH

                                  By_____
                                     MARK F. HAZELWOOD
                                     LAURA S. FLYNN
                                     Attorneys for Defendant
                                     BAY AREA RAPID TRANSIT DISTRICT

Dated: December ____, 2007.

                                  LAW OFFICE OF RICHARD KASHDAN


                                  By_____
                                     RICHARD KASHDAN
                                     Attorney for Plaintiff
                                     PATRICIA NASH

Based on the need for additional time to complete discovery and to participate in mediation, the parties' related stipulation to continue the trial date and pre-trial deadlines, and good cause appearing,

IT IS HEREBY ORDERED THAT the trial in this matter be continued from March 10, 2008 to April 14, 2008. The pre-trial deadlines will be modified as indicated above.

Dated: December ___, 2007.                 _____
                                             HONORABLE VAUGHN R. WALKER

-2-

1  IT IS SO STIPULATED,

3  Dated: December _____, 2007.

4                                          LOW, BALL & LYNCH

6                                          By_____
7                                          MARK F. HAZELWOOD
                                           LAURA S. FLYNN
                                           Attorneys for Defendant
8                                          BAY AREA RAPID TRANSIT DISTRICT

10  Dated: December 6, 2007.

11                                         LAW OFFICE OF RICHARD KASHDAN

13                                         By_____
                                           RICHARD KASHDAN
14                                         Attorney for Plaintiff
                                           PATRICIA NASH

16  Based on the need for additional time to complete discovery and to participate in mediation, the
17  parties' related stipulation to continue the trial date and pre-trial deadlines, and good cause appearing,
18  IT IS HEREBY ORDERED THAT the trial in this matter be continued from March 10, 2008 to
19  April 14, 2008. The pre-trial deadines will be modified as indicated above.

21  Dated: December ___, 2007.            _____
                                          HONORABLE VAUGHN R. WALKER

-2-
**STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES AND PROPOSED ORDER**
J:\1752\sf0186\Pld\P-STIPODContinue-003.wpd                              C 05 5307 VRW