1  MARK F. HAZELWOOD, # 136521
   LAURA S. FLYNN, # 148511
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone: (415) 981-6630
4  Facsimile: (415) 982-1634

5  Attorneys for Defendant
   BAY AREA RAPID TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA NASH,<br><br>    Plaintiff,<br><br>vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT, DOES 1-40,<br><br>    Defendants. | NO. C 05 5307 VRW<br><br>**STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES AND PROPOSED ORDER** |

Based on the need for additional time to complete depositions and to participate in a mediation, the parties agree to continue the current trial date of March 10, 2008 to April 14, 2008. The pre-trial deadlines will be modified as follows:

| | |
|---|---|
| Discovery Cut-off: | February 22, 2008 |
| Expert Disclosure: | January 28, 2008 |
| Rebuttal Expert Disclosure: | February 11, 2008 |
| Expert Discovery Cut-off: | April 4, 2008 |
| ADA/Mediation Completion: | March 17, 2008 |
| Dispositive Motion Hearing: | ~~March 6, 2008 2:00 p.m.~~ MARCH 20, 2008 2:30 P.M. |
| Pre-trial Conference: | ~~March 27, 2008 9:00 a.m.~~ APRIL 10, 2008 at 3:30 P.M. |
| TRIAL DATE: | APRIL 14, 2008 at 8:30 A.M. |

-1-

STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES AND PROPOSED ORDER
J:\1752\sf0186\Pld\P-STIPODContinue-003.wpd                                            C 05 5307 VRW

1   IT IS SO STIPULATED,
2
3   Dated: December 10, 2007.
4                                                       LOW, BALL & LYNCH
5
6                                           By_____
7                                               MARK F. HAZELWOOD
                                                LAURA S. FLYNN
                                                Attorneys for Defendant
8                                               BAY AREA RAPID TRANSIT DISTRICT
9
10  Dated: December ____, 2007.
11                                                      LAW OFFICE OF RICHARD KASHDAN
12
13                                          By_____
                                                RICHARD KASHDAN
14                                              Attorney for Plaintiff
                                                PATRICIA NASH
15
16      Based on the need for additional time to complete discovery and to participate in mediation, the
17  parties' related stipulation to continue the trial date and pre-trial deadlines, and good cause appearing,
18      IT IS HEREBY ORDERED THAT the trial in this matter be continued from March 10, 2008 to
19  April 14, 2008. The pre-trial deadlines will be modified as indicated above.
20
21  Dated: December ___, 2007.         _____
22                                                      HONORABLE VAUGHN R. WALKER
23
24
25
26
27
28

-2-

**STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES AND PROPOSED ORDER**
J:\1752\sf0186\Pld\P-STIPODContinue-003.wpd                                    C 05 5307 VRW

IT IS SO STIPULATED,

Dated: December ____, 2007.

          LOW, BALL & LYNCH

          By_____
          MARK F. HAZELWOOD
          LAURA S. FLYNN
          Attorneys for Defendant
          BAY AREA RAPID TRANSIT DISTRICT

Dated: December 6, 2007.

          LAW OFFICE OF RICHARD KASHDAN

          By_____
          RICHARD KASHDAN
          Attorney for Plaintiff
          PATRICIA NASH

  Based on the need for additional time to complete discovery and to participate in mediation, the parties' related stipulation to continue the trial date and pre-trial deadlines, and good cause appearing,

  IT IS HEREBY ORDERED THAT the trial in this matter be continued from March 10, 2008 to April 14, 2008. The pre-trial deadines will be modified as indicated above.

Dated: December 12, 2007.

          HONORABLE VAUGHN R WALKER

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Vaughn R Walker]*

-2-

**STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES AND PROPOSED ORDER**
J:\1752\sf0186\Pld\P-STIPODContinue-003.wpd      C 05 5307 VRW