```
 1  MARK F. HAZELWOOD, # 136521
    LAURA S. FLYNN, # 148511
 2  LOW, BALL & LYNCH
    505 Montgomery Street, 7th Floor
 3  San Francisco, California 94111-2584
    Telephone: (415) 981-6630
 4  Facsimile: (415) 982-1634

 5  Attorneys for Defendant
    BAY AREA RAPID TRANSIT DISTRICT
 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  PATRICIA NASH,                    )   NO. C 05 5307 VRW
                                      )
12              Plaintiff,            )
                                      )   STIPULATION TO SUBMIT THE
13       vs.                          )   CASE TO MEDIATION BEFORE
                                      )   MAGISTRATE JUDGE WAYNE
14  BAY AREA RAPID TRANSIT DISTRICT,  )   BRAZIL
    DOES 1- 40,                       )
15                                    )   Trial Date:   April 14, 2008
                Defendants.           )
16  _____)
```

17       Plaintiff Patricia Nash and defendant Bay Area Rapid Transit District hereby stipulate to submit

18  this matter to mediation before Magistrate Judge Wayne Brazil. Judge Vaughn Walker retains

19  assignment and handling of this case for all other purposes.

20       Based on the current schedule of the case, and depending on the availability of Magistrate Judge

21  Brazil, the parties agree to conduct mediation on or before February 28, 2008.

22       It is so stipulated:

23       Dated: January 24, 2008.

24                                              LOW, BALL & LYNCH

25

26                                              By /s/
                                                MARK F. HAZELWOOD
27                                              LAURA S. FLYNN
                                                Attorneys for Defendant
28                                              BAY AREA RAPID TRANSIT DISTRICT

1
2  Dated: January 23, 2008.                    LAW OFFICES OF RICHARD KASHDAN
3
4                                              By _____
                                                  RICHARD KASHDAN
                                                  Attorney for Plaintiff
5                                                 PATRICIA NASH
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MARK F. HAZELWOOD, # 136521
LAURA S. FLYNN, # 148511
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone: (415) 981-6630
Facsimile: (415) 982-1634

Attorneys for Defendant
BAY AREA RAPID TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA NASH,<br><br>            Plaintiff,<br><br>vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT, DOES 1- 40,<br><br>            Defendants. | NO. C 05 5307 VRW<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO SUBMIT MATTER TO MEDIATION BEFORE MAGISTRATE JUDGE WAYNE BRAZIL<br><br>Trial Date:    April 14, 2008 |

Based on the agreement between plaintiff Patricia Nash and defendant Bay Area Rapid Transit District, and good cause appearing,

It is hereby ordered that this case be assigned to Magistrate Judge Wayne Brazil for mediation. Subject to the availability of Magistrate Judge Brazil, the parties are to conduct mediation on or before February 28, 2008.

Dated: _____

_____
THE HONORABLE VAUGHN R. WALKER