1  MARK F. HAZELWOOD, # 136521
   LAURA S. FLYNN, # 148511
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone: (415) 981-6630
4  Facsimile: (415) 982-1634

5  Attorneys for Defendant
   BAY AREA RAPID TRANSIT DISTRICT

6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  PATRICIA NASH,                    )    NO. C 05 5307 VRW
                                      )
12             Plaintiff,             )
                                      )    STIPULATION TO SUBMIT THE
13      vs.                           )    CASE TO MEDIATION BEFORE
                                      )    MAGISTRATE JUDGE WAYNE
14  BAY AREA RAPID TRANSIT DISTRICT, DOES )  BRAZIL
    1- 40,                            )
15                                    )    Trial Date:     April 14, 2008
               Defendants.            )
16  _____ )

17       Plaintiff Patricia Nash and defendant Bay Area Rapid Transit District hereby stipulate to submit

18  this matter to mediation before Magistrate Judge Wayne Brazil.  Judge Vaughn Walker retains

19  assignment and handling of this case for all other purposes.

20       Based on the current schedule of the case, and depending on the availability of Magistrate Judge

21  Brazil, the parties agree to conduct mediation on or before February 28, 2008.

22       It is so stipulated:

23       Dated:  January  24  , 2008.

24                                    LOW, BALL & LYNCH

25                                    By
26                                       MARK F. HAZELWOOD
                                         LAURA S. FLYNN
27                                       Attorneys for Defendant
                                         BAY AREA RAPID TRANSIT DISTRICT
28

-1-
STIPULATION TO SUBMIT THE CASE TO MEDIATION BEFORE MAGISTRATE JUDGE WAYNE BRAZIL
J:\1752\sf0186\Pld\Stip to Mediation.wpd                                    C 05 5307 VRW

1

Dated: January 2̲3̲, 2008.                    LAW OFFICES OF RICHARD KASHDAN

2

3

By _____

4

RICHARD KASHDAN
Attorney for Plaintiff

5

PATRICIA NASH

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

MARK F. HAZELWOOD, # 136521
LAURA S. FLYNN, # 148511
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California  94111-2584
Telephone: (415) 981-6630
Facsimile: (415) 982-1634

Attorneys for Defendant
BAY AREA RAPID TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICIA NASH, | ) | NO. C 05 5307 VRW |
| Plaintiff, | ) | ~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO SUBMIT MATTER TO MEDIATION BEFORE MAGISTRATE JUDGE WAYNE BRAZIL |
| vs. | ) | |
| BAY AREA RAPID TRANSIT DISTRICT, DOES 1- 40, | ) | |
| Defendants. | ) | Trial Date:     April 14, 2008 |

Based on the agreement between plaintiff Patricia Nash and defendant Bay Area Rapid Transit District, and good cause appearing,

It is hereby ordered that this case be assigned to Magistrate Judge Wayne Brazil for mediation. Subject to the availability of Magistrate Judge Brazil, the parties are to conduct mediation on or before February 28, 2008.

Dated:  1/29/2008

THE HONORABLE VAUGHN R. WALKER

*IT IS SO ORDERED*

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-1-