MARK F. HAZELWOOD, # 136521
LAURA S. FLYNN, # 148511
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone: (415) 981-6630
Facsimile: (415) 982-1634

Attorneys for Defendant
BAY AREA RAPID TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA NASH, | NO. C 05 5307 VRW |
| Plaintiff, | |
| vs. | DECLARATION OF DAVID SANBORN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT |
| BAY AREA RAPID TRANSIT DISTRICT, DOES 1- 40, | |
| Defendants. | |

I, David Sanborn, declare as follows:

1.  I am the manager of the Environmental, Health and Safety Division of BART's System Safety Department. I have personal knowledge of the information contained below.

2.  My Department is responsible for, among other things, tracking, reporting and analyzing safety in the BART system. We keep records of any and all reported accidents that take place in the BART system. We also keep statistics of accidents and patronage in our database. In August of 2004, BART was named the #1 transit system in America by the American Public Transportation Association (APTA) in the category of providing 30 million annual passenger trips or more.

3.  Over the past seven years, over 600 million BART riders, including blind and visually impaired riders, were able to enter BART train cars safely without falling into the gap between two cars. BART statistics indicate that prior to plaintiff's fall, there were only two reported incidents involving visually impaired patrons falling through the gap between two BART cars during the past seven years. BART

1  has no records indicating that a blind person has ever been killed or severely injured as a result of falling
2  between train cars on a platform.
3       I declare under penalty of perjury under the laws of the State of California that the foregoing is
4  true and correct. Executed this  31  day of January 2008 in Oakland, California.

                                                            _____
                                                            DAVID SANBORN

-2-

DECLARATION OF DAVID SANBORN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY,
PARTIAL SUMMARY JUDGMENT

J:\1752\sf0186\Pld\Dec(DS)MSJ.wpd                                                    C 05 5307 VRW