MARK F. HAZELWOOD, # 136521
LAURA S. FLYNN, # 148511
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone: (415) 981-6630
Facsimile: (415) 982-1634

Attorneys for Defendant
BAY AREA RAPID TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA NASH, <br><br> Plaintiff, <br><br> vs. <br><br> BAY AREA RAPID TRANSIT DISTRICT, DOES 1-40, <br><br> Defendants. | NO. C 05 5307 VRW <br><br> **DECLARATION OF IKECHUKWU NNAJI IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |

I, IKECHUKWU NNAJI, declare as follows:

1. I am a Senior Planner with the Bay Area Rapid Transit District ("BART"), the defendant in this action. I have personal knowledge of the information contained below.

2. I have a Bachelor of Sciences in City and Regional Planning, a Master of Public Administration and a Doctorate in Public Administration. After graduating from college, I worked for CalTrans in San Luis Obispo in the Planning Department planning and programing State highway programs and overseeing federal grants that the State managed.

3. I began working as a Senior Planner for the Bay Area Rapid Transit District in approximately 1993. As a Senior Planner, I have worked on ADA issues, including accessibility issues and programs to educate the staff and the public.

4. The BART system has a number of features that make it accessible for persons with disabilities. There are yellow textured rubber tiles along the length of all BARTD train platforms which warn passengers that

they are close to the platform edge. These tiles can be detected with a cane or foot. Black rubber directional tiles are used to mark the approximate location of train doors when the train pulls into the station. In all stations, an extra row of black directional tiles mark the entrance to the two middle cars of the train.

5. Train Operators announce the name of the next station as well as instructions for transfers. A public address system announces train arrivals and other information on the station platforms. All stations have Braille and large print signs marking exits and other important locations. Ticket Vending Machines in the stations have an audio feature. Service animals are permitted in BARTD stations and trains. All stations have public and white courtesy phones at all levels that connect directly to the Station Agent. All cars have designated priority seating near the doors for persons with disabilities. Station Agents are trained and available to help persons with disabilities with elevator and escalator access, tickets, schedules, and other needs.

6. Safety and operation staff provide platform orientation programs wherein the visually impaired are given a tour of the station and provided with instructions as to boarding and exiting the trains, as well as information regarding what to do if one falls onto the tracks.

7. Attached hereto as Exhibit A is a copy of BART's Access Guide for Seniors and People with Disabilities which highlights the services BART provides for persons with disabilities. Attached hereto as Exhibit B is a copy of a section of our website [www.bart.gov] which provides information regarding the use of BART by people with disabilities.

8. In addition, there is a BART Accessibility Task Force that advises the BART Board of Directors and staff on disability related issues and advocates on behalf of people with disabilities to make the system accessible to people regardless of disability. All meetings are open to the public. The Task Force meets on the fourth Thursday of each month. In order to make it possible for all persons with disabilities to attend and participate in the meetings, BART provides for: 1) Sign language interpreters at all meetings; 2) Captioning for the hearing impaired at all meetings; 3) All the meetings are held in a fully accessible location, easily reached by BART or AC Transit bus; 4) Meeting materials are prepared electronically and in Braille for every meeting and are supplied upon request. I am the BART staff liaison to the Task Force. Information regarding the BART Accessibility Task Force is contained on BART's website. The latest Task Force Minutes and Agenda items are also posted on the website.

///

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and
2  correct. Executed this 31 day of January 2008 in Oakland, California.

_____
IKECHUKWU NNAJI

-3-
DECLARATION OF IKECHUKWU NNAJI IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR
ALTERNATIVELY, MOTION FOR PARTIAL SUMMARY JUDGMENT

J:\1752\sf01186\Pld\DEC-NNaji.wpd                                                                                             C 05 5307 VRW

EXHIBIT "A"

Case 4:05-cv-05307-WDB   Document 41-2   Filed 02/14/2008   Page 2 of 7



# BART Access Guide

For Seniors and People with Disabilities

MAY 2004
FREE!

BART

Create your own custom BART schedule at
www.bart.gov

## Welcome to BART

Bay Area Rapid Transit (BART) provides fast, reliable and convenient rail transportation between San Francisco, Oakland and other cities in Alameda, Contra Costa, and San Mateo counties. All BART trains and stations are designed to be easily accessible to seniors and persons with disabilities. This brochure highlights BART's services for seniors and persons with disabilities, including accessibility features, discount fares, station information, boarding procedures, and connecting transit options.

### BART OVERVIEW

BART operates five lines with service to 43 stations in the San Francisco Bay Area. Hours of operation are from 4 am to midnight on weekdays, 6 am to midnight on Saturdays, and 8 am to midnight on Sundays and holidays. BART trains run approximately every 15 minutes on weekdays and every 20 minutes on evenings, weekends and holidays. For detailed information on station locations and train schedules, pick up a copy of the "BART Fares and Schedules" brochure or refer to the posted maps and timetables at any BART station. Information is also available by calling the BART Transit Information Center (see back page for phone numbers or visit www.bart.gov).

### ACCESSIBILITY FEATURES

Following is a partial list of the features which make it easy for seniors and persons with disabilities to use BART. Also visit www.bart.gov for additional information about BART service.

#### If you are blind or vision-impaired:
- Textured rubber tiles along the length of BART train platforms warn passengers that they are close to the platform edge. These tiles can be detected with a cane or foot.
- Train Operators announce the name of the next station as well as instructions for transfers.
- Service animals are permitted in BART stations and on trains.

#### If you are deaf or hearing-impaired:
- Changeable message signs on the platform announce the destination of each arriving train.
- There is at least one Telecommunications Device for the Deaf (TDD) in each BART station.

#### If you use a wheelchair or have limited mobility:
- All BART stations have accessible elevator service to all levels.
- There is level boarding from the platform to all trains.
- All BART cars have space to accommodate wheelchair users.

#### For all passengers:
- All BART stations have public and white courtesy telephones at all levels that connect directly to the Station Agent.
- All BART cars have designated priority seating near the doors for seniors and persons with disabilities.

## BART Fares and Tickets

Fares are based on how far you travel. Tickets can be purchased from machines located in all BART stations.

### DISCOUNT TICKETS

Seniors age 65 and older and disabled persons with a Regional Transit Connection (RTC) Discount Card or other valid identification are eligible for discount tickets at 25% of the full fare. You may purchase discount tickets at the Lake Merritt BART Station and some San Francisco stations, from selected retail vendors, by mail and online. For a list of retail outlets, pick up a "Tickets to Go" brochure at any station, call the BART Transit Information Center, or visit www.bart.gov.

- **Green** tickets entitle seniors to a 75% discount.
- **Red** tickets entitle disabled persons to a 75% discount.

Personal care attendants (PCAs) who accompany disabled passengers on BART are eligible for the discount fare if the use of a PCA is indicated on the RTC Discount Card.

Seniors and disabled persons entering or exiting a station using a discount ticket may be asked to verify their eligibility by showing valid identification. Valid ID includes:

- RTC Discount Card
- Medicare card (not Medi-Cal)
- Disabled person placard or license plate from California DMV
- Valid transit discount card from another California transit agency
- For seniors: photo ID with proof of age.

### HOW TICKETS WORK

Each person must have his or her own ticket. Insert your ticket into the fare gate with the small hole positioned in the front left corner. The fare gate will code your ticket, open for entry, and return your ticket. Save your ticket; you will need it to pass through the fare gate again when you exit.

## At the BART Station

### USING ELEVATORS

All BART stations have accessible elevators. In some stations you may need to use two different elevators to get from the street to the train platform level. To find the location of station elevators, call the BART Transit Information Center or visit www.bart.gov. If you need help using the elevator, contact the Station Agent.

If you arrive at a BART station and are unable to enter or exit the station because the elevator is not working, contact the Station Agent. They will help you enter or exit in another way if possible, or refer you to an alternate means of transportation such as a bus or paratransit. If you find out in advance that an elevator is not working at the station you want to go to, call the BART Transit Information Center to find out what transit alternatives are available to you. To check the status of elevator operation at any station, call (510) 834-LIFT or (888) 2-ELEVAT.

**In case of fire, do not use the elevators.**

### USING ESCALATORS

All BART stations have escalators. Generally, the escalators operate in the direction of main passenger flow, which varies depending on the time of day and location. Where possible, escalator service is provided in both directions. To ensure your safety and the safety of others, be sure to hold on to the handrail while using the escalators. Wheelchairs are not allowed on the escalators. To check the status of escalator operation at any station, call the BART Transit Information Center or 511.

### AT THE PLATFORM

Stand behind the wide yellow strip of textured rubber tiles that runs along the length of all BART platforms. These tiles can be detected with a cane or foot. Black rubber tiles are used to mark the approximate location of train doors when the train pulls into the station. In some stations, an extra row of black tiles marks the entrance to the two middle cars of the train. Exact door locations may vary. Do not approach the train until it comes to a complete stop.

## Riding the BART Train

### WHICH TRAIN TO RIDE

Trains are identified by the name of the station at the end of the line. Determine which train to ride by locating your starting point and destination on the BART System Map and noting the name of the *last* station in your direction of travel. Message signs on the platform level flash the destination of arriving trains. If you are unable to read the train destination signs, be sure to listen for audio announcements.

### BOARDING THE TRAIN

Do not approach the train until it comes to a complete stop; the train may adjust its position at the platform before the doors open. Allow passengers to exit before you enter. Pay attention to the narrow gap between the platform edge and the train.

Seats near the train doors are designated as priority seating for seniors and persons with disabilities. Hold on to the vertical handrails, overhead handrails or seat-back handholds to steady your ride when the train is moving.

The Train Operator's booth is in the first car of the train. Bicycles are not allowed in this car. For these reasons, passengers with disabilities may wish to board the first car of the train.

### INSTRUCTIONS FOR WHEELCHAIR USERS

Pay special attention to the gap between the platform edge and the train. This gap may vary, so don't hesitate to move to another car if the gap at a particular door is too great. The Train Operator will wait for you to enter. It is generally preferable for passengers in wheelchairs to enter and exit the train with the rear wheels first or at a slight angle. If possible, position the wheelchair at a right angle to the direction of train travel in the clear area near the door. Lock the wheelchair's brakes. In some BART cars, a space to the right of the door is reserved for passengers in wheelchairs. The international access symbol marks the outside of these cars.

### SERVICE ANIMALS ON BART

Passengers with disabilities may ride with their trained service animal. Service animals must be leashed and kept on the floor and out of the aisles as much as possible, and must be under the control of their owners at all times.

### EXITING THE TRAIN

Train Operators announce the name of each station as the train approaches. Signs indicating the station name are also visible from inside the train. When leaving the train, move to the doors just prior to arrival. The train may adjust its position at the platform before the doors open.

## Connecting Transit

### BAY AREA AIRPORTS

BART provides disabled passengers with direct access to San Francisco International Airport (SFO) and convenient access to Oakland International Airport. We recommend contacting the airline on which you are traveling to see what kind of assistance they can offer at the airport.

BART offers direct service into and out of the San Francisco International Airport (SFO). The SFO BART Station is located on level 3 of the International Terminal.

To reach Oakland International Airport, take BART to the Coliseum/Oakland Airport Station, then boa the wheelchair-accessible AirBART shuttle to ride directly to the airport terminals. AirBART costs 50¢ for seniors and people with disabilities; exact change is required for discounted rides. Shuttles depart approximately every 10 minutes.

### PARATRANSIT SERVICE

BART provides ADA paratransit service to eligible individuals whose disability prevents them from accessing, boarding or riding BART trains. Service i provided by lift vans and sedans and is generally b reservation only. Contact your local transit agency for detailed information on eligibility, certification and how to use paratransit service:

| | | |
|---|---|---|
| Alameda | East Bay Paratransit | (510) 287-5000 |
| | WestCAT | (510) 724-7993 |
| | Union City Transit | (510) 675-5373 |
| | LAVTA (Dial-A-Ride) | (925) 455-7510 |
| Contra Costa | East Bay Paratransit | (510) 287-5000 |
| | County Connection | (925) 676-7500 |
| | Tri Delta Transit | (925) 754-6622 |
| San Francisco | San Francisco MUNI | (415) 351-7000 |
| San Mateo | SamTrans/Redi-Wheels | (650) 871-8590 |

### RTC DISCOUNT CARD

BART and several other public transit agencies have joined together to make it easy for persons with disabilities to enjoy discount fares throughout the region. You can take advantage of these discounts by obtaining a Regional Transit Connection (RTC) Discount Card. To request a brochure and application for the RTC Discount Card, call (510) 464-7133 or TDI

(510) 839-2220, or visit the BART Customer Service Center at the Lake Merritt Station.

Seniors 65 and older do not need to apply for an RTC Discount Card because they are automatically eligible to ride BART at a discount fare. To qualify for this fare, seniors should be prepared to show a valid photo ID verifying their age when asked by BART personnel.

## Help and Information

### STATION AGENTS

Station Agents are available to help seniors and persons with disabilities with elevator and escalator access, tickets, schedules, and other needs. Go to the Station Agent booth or use the white courtesy telephone.

### ELEVATOR COMMUNICATIONS

If you need to communicate with the Station Agent while inside the elevator, use the emergency telephone. If the Station Agent does not answer within 90 seconds, your call will be directed to BART Central Dispatch. If the emergency telephone is picked up for at least two minutes but there is no voice communication, BART will treat this as a call for assistance. This ensures that help is available to elevator passengers even if they are unable to speak.

### BART POLICE

Uniformed and plainclothes police officers ride trains, patrol stations and parking lots, and have police cars for emergency response. Please notify the Station Agents or BART Police if you observe any unusual activities or situations on BART property. Blue telephones in BART parking lots connect directly to BART Police. In an emergency, call 911. For non-emergency situations, call (877) 679-7000.

### EMERGENCY PROCEDURES

If there is an emergency while riding the BART train, passengers may need to do one or more of the following:

- To talk to the Train Operator, press the "Attendant Call" intercom at the end of the car.

- Listen for announcements from the Train Operator, and, if necessary, evacuation instructions.

- To activate the emergency door releases, located above the seats next to the door, pull the cover panel away and move the lever in the direction of the arrow, away from the door.

- To reach the fire extinguishers located at the end of each car, break the plastic to remove the extinguishers.

- Emergency phones located in the Transbay Tube, Berkeley Hills Tunnel, and subway areas are marked by a blue light. Lift the receiver to be connected to BART Central Dispatch.

**EVACUATION PROCEDURES**

Evacuation procedures vary for ground level, elevated areas, subway areas, the Transbay Tube, and the Berkeley Hills Tunnel. In general:

- Read and follow the instructions on the "Emergency Procedures" poster in each car and listen for announcements from the Train Operator or rescue personnel.

- In most emergency situations, rescue personnel will be present to assist seniors and passengers with disabilities. If rescue personnel are not present during evacuation and a life-threatening emergency exists, blind passengers and persons using mobility aids (including wheelchairs) should seek assistance from other passengers. Deaf passengers should use other passengers as a guide.

- Leave wheelchairs on the train; they will be returned to owners after the evacuation. Evacuation of wheelchairs is not possible because the walkways and ramps are too narrow to accommodate a wheelchair.

- When evacuating the train, be very careful not to touch the third rail or the high-voltage paddle units that extend from the underside of the train.



**Also visit www.bart.gov for additional information about BART service for seniors and people with disabilities**

**Do you need help from BART?**

For help with tickets, schedules, directions, connecting transit and other needs, call the BART Transit Information Center 6 am to 10 pm Monday through Saturday, and 8 am to 10 pm on Sunday.

Dial the number below within your local area code:
(415) 989-BART
(510) 236-BART
(510) 441-BART
(510) 465-BART
(650) 992-BART
(925) 676-BART
(510) 839-2220 TDD

Station Elevator Status
(510) 834-LIFT
or (888) 2-ELEVAT

Station Escalator Status
511

©BART 2004  05/04  100M    ♻ PRINTED ON RECYCLED PAPER



Bay Area Rapid Transit District
P.O. Box 12688 • 800 Madison St
Oakland, California 94604-2688
(510) 464-6000

EXHIBIT "B"

# BART.

Home | Stations and Schedules | Tickets | Rider Guide | News | About BART

Overview | Destinations | Airport Connections | Transit Connections | Parking Programs | Bike Access | Disabled Access | Lost & Found | Title IV Policy

You are in: Rider Guide, Disabled Access , Overview

## Seniors and People with Disabilities Using BART

### Accessibility Features

Following is a partial list of the features which make it easy for seniors and persons with disabilities to use BART.

If you are blind or vision-impaired:

- Textured rubber tiles along the length of BART train platforms warn passengers that they are close to the platform edge. These tiles can be detected with a cane or foot.
- Train Operators announce the name of the next station as well as instructions for transfers.
- Service animals are permitted in BART stations and on trains.

If you are deaf or hearing-impaired:

- Changeable message signs on the platform announce the destination of each arriving train.
- There is at least one Telecommunications Device for the Deaf (TDD) in each BART station.

If you use a wheelchair or have limited mobility:

- All BART stations have accessible elevator service to all levels.
- There is level boarding from the platform to all trains.
- All BART cars have space to accommodate wheelchair users.

For all passengers:

- All BART stations have public and white courtesy telephones at all levels that connect directly to the Station Agent.
- All BART cars have designated priority seating near the doors for seniors and persons with disabilities.

### Discount Tickets

Seniors age 65 and older, disabled persons with a Regional Transit Connection (RTC) Discount Card, and people with other valid identification listed below are eligible for discount tickets. You may purchase discount tickets at the Lake Merritt BART Station and some San Francisco stations, from selected retail vendors, by mail and online.

- Green tickets entitle seniors to a 62.5% discount.
- Red tickets entitle disabled persons or Medicare cardholders to a 62.5% discount.

Personal care attendants (PCAs) who accompany disabled passengers on BART are eligible for the discount fare if the use of a PCA is indicated on the RTC Discount Card.

People entering or exiting a station using a discount ticket may be asked to verify their eligibility by showing valid identification. Valid ID includes:

**For seniors using a green ticket:**

- Photo ID with proof of age.

**For people using a red ticket:**

- RTC Discount Card;
- Medicare card (not Medi-Cal) plus photo ID;
- Disabled person placard or license plate from California DMV plus photo ID; or
- Valid transit discount card from another California transit agency plus photo ID.

## HOW TICKETS WORK
Each person must have his or her own ticket. Insert your ticket into the fare gate with the small hole positioned in the front left corner. The fare gate will code your ticket, open for entry, and return your ticket. Save your ticket; you will need it to pass through the fare gate again when you exit.

## RTC DISCOUNT CARD
BART and several other public transit agencies have joined together to make it easy for persons with disabilities to enjoy discount fares throughout the region. For more information, visit the RTC Discount Card page.

## At the Station

### USING ELEVATORS
All BART stations have accessible elevators. In some stations you may need to use two different elevators to get from the street to the train platform level. To find the location of station elevators, call the BART Transit Information Center or visit the Station Overview section for accessible path information by station. If you need help using the elevator, contact the Station Agent.

If you arrive at a BART station and are unable to enter or exit the station because the elevator is not working, contact the Station Agent. They will help you enter or exit in another way if possible, or refer you to an alternate means of transportation such as a bus or paratransit. If you find out in advance that an elevator is not working at the station you want to go to, call the BART Transit Information Center to find out what transit alternatives are available to you. To check the status of elevator operation at any station, call (510) 834-LIFT or (888) 2-ELEVAT. **In case of fire, do not use the elevators.**

### USING ESCALATORS
All BART stations have escalators. Generally, the escalators operate in the direction of main passenger flow, which varies depending on the time of day and location. Where possible, escalator service is provided in both directions. To ensure your safety and the safety of others, be sure to hold on to the handrail while using the escalators. Wheelchairs are not allowed on the escalators. To check the status of escalator operation at any station, call the BART Transit Information Center.

### AT THE PLATFORM
Stand behind the wide yellow strip of textured rubber tiles that runs along the length of all BART platforms. These tiles can be detected with a cane or foot. Black rubber tiles are used to mark the approximate location of train doors when the train pulls into the station. In some stations, an extra row of black tiles marks the entrance to the two middle cars of the train. Exact door locations may vary. Do not approach the train until it comes to a complete stop.

## Riding The Train

### WHICH TRAIN TO RIDE
Trains are identified by the name of the station at the end of the line. Determine which train to ride by locating your starting point and destination on the BART System Map and noting the name of the last station in your direction of travel. Message signs on the platform level flash the destination of arriving trains. If you are unable to read the train destination signs, be sure to listen for audio announcements.

### BOARDING THE TRAIN
Do not approach the train until it comes to a complete stop; the train may adjust its position at the platform before the doors open. Allow passengers to exit before you enter. Pay attention to the narrow gap between the platform edge and the train.

Seats near the train doors are designated as priority seating for seniors and persons with disabilities. Hold on to the vertical handrails, overhead handrails or seat-back handholds to steady your ride when the train is moving.

The Train Operator's booth is in the first car of the train. Bicycles are not allowed in this car. For these reasons, passengers with disabilities may wish to board the first car of the train.

### INSTRUCTIONS FOR WHEELCHAIR USERS
Pay special attention to the gap between the platform edge and the train. This gap may vary, so don't hesitate to move to another car if the gap at a particular door is too great. The Train Operator will wait for you to enter. It is generally preferable for passengers in wheelchairs to enter and exit the train with the rear wheels first or at a slight angle. If possible, position the wheelchair at a right angle to the direction of train travel in the clear area near the door. Lock the wheelchair's brakes. In some BART cars, a space to the right of the door is reserved for passengers in wheelchairs. The international access symbol marks the outside of these cars.

### SERVICE ANIMALS
Passengers with disabilities may ride with their trained service animal. Service animals must be leashed and kept on the floor and out of the aisles as much as possible, and must be under the control of their owners at all times.

### EXITING THE TRAIN
Train Operators announce the name of each station as the train approaches. Signs indicating the station name are also visible from inside the train. When leaving the train, move to the doors just prior to arrival. The train may adjust its position at the platform before the doors open.

## Paratransit Service

BART provides ADA paratransit service to eligible individuals whose disability prevents them from accessing, boarding or riding BART trains. Service is provided by lift vans and sedans and is generally by reservation only. For more information, visit the Paratransit page.

## Help and Information Along the Way

### STATION AGENTS
Station Agents are available to help seniors and persons with disabilities with elevator and escalator access, tickets, schedules, and other needs. Go to the Station Agent booth or use the white courtesy telephone.

### ELEVATOR COMMUNICATIONS
If you need to communicate with the Station Agent while inside the elevator, use the emergency telephone. If the Station Agent does not answer within 90 seconds, your call will be directed to BART Central Dispatch. If the emergency telephone is picked up for at least two minutes but there is no voice communication, BART will treat this as a call for assistance. This ensures that help is available to elevator passengers even if they are unable to speak.

### BART POLICE
Uniformed and plainclothes police officers ride trains, patrol stations and parking lots, and have police cars for emergency response. Please notify the Station Agents or BART Police if you observe any unusual activities or situations on BART property. Blue telephones in BART parking lots connect directly to BART Police. In an emergency, call 911. For non-emergency situations, call (877) 679-7000.

## Emergency and Evacuation Procedures

### EMERGENCY PROCEDURES
If there is an emergency while riding the BART train, passengers may need to do one or more of the following:

- To talk to the Train Operator, press the "Attendant Call" intercom at the end of the car.
- Listen for announcements from the Train Operator, and, if necessary, evacuation instructions.
- To activate the emergency door releases, located above the seats next to the door, pull the cover panel away and move the

- lever in the direction of the arrow, away from the door.
- To reach the fire extinguishers located at the end of each car, break the plastic to remove the extinguishers.
- Emergency phones located in the Transbay Tube, Berkeley Hills Tunnel, and subway areas are marked by a blue light. Lift the receiver to be connected to BART Central Dispatch.

**EVACUATION PROCEDURES**

Evacuation procedures vary for ground level, elevated areas, subway areas, the Transbay Tube, and the Berkeley Hills Tunnel. In general:

- Read and follow the instructions on the "Emergency Procedures" poster in each car and listen for announcements from the Train Operator or rescue personnel.
- In most emergency situations, rescue personnel will be present to assist seniors and passengers with disabilities. If rescue personnel are not present during evacuation and a life-threatening emergency exists, blind passengers and persons using mobility aids (including wheelchairs) should seek assistance from other passengers. Deaf passengers should use other passengers as a guide.
- Leave wheelchairs on the train; they will be returned to owners after the evacuation. Evacuation of wheelchairs is not possible because the walkways and ramps are too narrow to accommodate a wheelchair.
- When evacuating the train, be very careful not to touch the third rail or the high-voltage paddle units that extend from the underside of the train.

---

Web Site Info | Contact Us  Search BART for: [    ] GO

---

Copyright 2008, BART | Your Privacy | Graphical Version of Site.

**BART.**

Home | Stations and Schedules | Tickets | Rider Guide | News | About BART

Overview | Destinations | Airport Connections | Transit Connections | Parking Programs | Bike Access | Disabled Access | Lost & Found | Title IV Policy

You are in: Rider Guide, Disabled Access , Task Force

## BART Accessibility Task Force

BART Accessibility Task Force bylaws

The BART Accessibility Task Force (BATF) advises the BART Board of Directors and staff on disability-related issues and advocates on behalf of people with disabilities and seniors to make the BART system accessible to and useable by people regardless of disability or age. All meetings are open to the public. Membership on the Task Force is by appointment by the Board of Directors with an annual appointment process which begins in August of each year. The Task Force meets on the fourth Thursday of the month from 2:30 p.m. to 5:00 p.m. at 101 8th Street, MetroCenter, Room 171, Oakland, CA.

In order to make it possible for all persons with disabilities to attend and participate in the meetings, BART provides for:

- Sign language interpreters at all meetings
- Captioning for the hearing impaired at all meetings
- All the meetings are held in a fully accessible location, easily reached by BART or AC Transit bus.
- Meeting materials are prepared electronically and in Braille for every meeting and are supplied upon request. Audio tape could also be supplied if requested.

Ike Nnaji, Customer Access Department, is the BART staff liaison to the Task Force. If you have any questions about the Task Force or membership requirements, contact him by phone at (510) 464-6173 or by e-mail at innaji@bart.gov. PLEASE ATTEND AND HELP IMPROVE ACCESSIBILITY ON BART.

Latest BATF Minutes (.doc file)
Latest BATF Agenda (.doc file)