1  MARK F. HAZELWOOD, # 136521
   LAURA S. FLYNN, # 148511
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone: (415) 981-6630
4  Facsimile: (415) 982-1634

5  Attorneys for Defendant
   BAY AREA RAPID TRANSIT DISTRICT
6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | PATRICIA NASH, ) | NO. C 05 5307 VRW |
| 12 | Plaintiff, ) ) | |
| 13 | vs. ) ) | [PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT, OR IN |
| 14 | BAY AREA RAPID TRANSIT DISTRICT, DOES ) 1- 40, ) | THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT |
| 15 | ) Defendants. ) | |
| 16 | ) ) | Date: March 20, 2008 Time: 2:30 p.m. |
| 17 | ) ) ) | Courtroom: 6 - 17th Floor Honorable Vaughn R. Walker |
| 18 | _____ ) | Trial Date: April 14, 2008 |

19      The motion of defendant Bay Area Rapid Transit District ("BART") for summary judgment, or

20  in the alternative, partial summary judgment, came on regularly for hearing on March 20, 2008 at 2:30

21  p.m. in courtroom 6 of the above-entitled court. Mark F. Hazelwood and Laura Flynn of Low, Ball &

22  Lynch appeared on behalf of defendant BART. Richard Kashdan appeared on behalf of plaintiff Patricia

23  Nash.

24      After considering the moving and opposition papers, all other matters presented to the court, and

25  after oral argument, the court finds that there is no material issue of fact and defendant BART is entitled

26  to judgment as a matter of law.

27  / / /

28  / / /

-1-

1  Accordingly, it is hereby ordered that defendant BART's motion for summary judgment is
2  granted.
3
4  IT IS ORDERED.
5
6  Dated:
7                                          By_____
                                            THE HONORABLE VAUGHN R. WALKER
8                                           U.S. DISTRICT JUDGE