UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:   2-19-08                              Time: 3 hours

DOCKET NO.:        Nash v. Bart

TITLE OF CASE:     C 05-5307 VRW

ATTORNEY(S):

       Plaintiff:     Richard Kashdan

       Defendant:     Mark Hazelwood

**PROCEEDINGS**

| [] INITIAL STATUS CONFERENCE | [x] SETTLEMENT CONFERENCE (1ST) |
|---|---|
| [] FOLLOW-UP STATUS CONFERENCE | [] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [] DISCOVERY HEARING (FORMAL) |
| [] NONDISPOSITIVE MOTION (ORDER | [] EXAM. OF JUDGMENT DEBTOR |
| [] NONDISPOSITIVE MOTION (OPINION) | [] EVIDENTIARY HEARING |
| [] DISPOSITIVE MOTION | |
| [ ] OTHER: | |

NOTES

Parties settled the case.