RICHARD KASHDAN    #154719
Law Office of Richard Kashdan
434 Grove St.
San Francisco, CA  94102
Phone: (415)621-4080
Fax:   (415)621-9554
Email: richard@wideweb.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICIA NASH,

    Plaintiff,

vs.

BAY AREA RAPID TRANSIT
   DISTRICT, DOES 1-40,

    Defendants.

No. C 05 5307 VRW

JOINT APPLICATION AND STIPULATION FOR CASE TO BE REOPENED, AND TRANSFERRED TO MAGISTRATE JUDGE BRAZIL TO SUPERVISE THE SETTLEMENT

    The parties reached an oral settlement on February 19, 2008 at a settlement conference with Magistrate Judge Brazil, but the agreement was not reduced to writing or spoken onto the record at that time.  In the meantime the attorneys for both parties have been working on a draft of a formal Release and Settlement Agreement.  The BARTD Board of Directors also has this matter under review.  This settlement is subject to approval by the BARTD Board.

    Judge Walker issued an Order of Dismissal on February 22, 2008, which stated in part:

> "... if any party hereto shall certify to this court, within 90 days, with proof of service of a copy

1
Joint Application to Transfer Case to Judge Brazil for Settlement Supervision

thereof, that the agreed consideration of said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial."

Plaintiff filed a *Notification that Consideration for the Settlement has not Been Received* on May 20, 2008 asking the court to vacate the dismissal on the ground that the monetary consideration for the settlement had not yet been received, and stating that part of the settlement involved installing a between-car barrier system on every BART car which would take five years to complete, so the complete consideration would not be received until July of 2013.

The Notification also stated that both parties desired some type of court supervision of the injunctive relief portion of the settlement, preferring either Judge Walker or Magistrate Judge Brazil be designated as the supervising judge(s), and suggested that a conference call with either judge would be helpful to understand the procedure for doing this.

On May 30, the parties' attorneys held a conference call with Judge Brazil, who said he was willing to undertake the supervision and suggested that his department might have more time than Judge Walker's to retain a case like this for several years.  He suggested that if the parties wished to use his department, they should stipulate to his jurisdiction as the District Court judge for all purposes, and request Judge Walker to vacate the dismissal order and refer the case to him.

1  The parties hereby so stipulate and apply to Judge Walker
2  to vacate his dismissal order and refer the case to Magistrate
3  Judge Brazil for all purposes.

6  DATED: June 9, 2008

By: _____
RICHARD L. KASHDAN
Attorney for Plaintiff
Patricia Nash

10  DATED: June 18, 2008

By: _____
MARK HAZELWOOD
Attorney for Defendant BARTD