```
RICHARD KASHDAN    #154719
Law Office of Richard Kashdan
434 Grove St.
San Francisco, CA  94102
Phone: (415)621-4080
Fax:   (415)621-9554
Email: richard@wideweb.com

Attorney for Plaintiff
```

e-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA NASH,<br><br>    Plaintiff,<br><br>    vs.<br><br>BAY AREA RAPID TRANSIT<br>   DISTRICT, DOES 1-40,<br><br>    Defendants. | No. C 05 5307 VRW<br><br>(PROPOSED) ORDER VACATING<br>DISMISSAL ORDER AND<br>TRANSFERRING CASE TO<br>MAGISTRATE JUDGE BRAZIL FOR<br>ALL PURPOSES |

Plaintiff filed a *Notification that Consideration for the Settlement has not Been Received* on May 20, 2008.  The parties filed a *Joint Application and Stipulation for Case to be Reopened and Transferred to Magistrate Judge Brazil to Supervise the Settlement* on June 20, 2008.

The court finds (1) that plaintiff has not yet received the monetary consideration of the settlement, (2) the injunctive consideration of the settlement will not be complete for several years, (3) both parties request the court to keep the case open to supervise the settlement, (4) and that the parties stipulate to Magistrate Judge Brazil for the supervision and all other purposes.

1

Order vacating dismissal, transferring to Magistrate Brazil for all purposes.

THEREFORE: The dismissal order of February 22, 2008 is vacated and the case is transferred to Magistrate Judge Brazil for supervision of the settlement and all other purposes that may arise.

IT IS SO ORDERED.

DATED: ~~June    , 2008~~

01 JUL 2008

By: _____
Vaughn R. Walker
United States District
Chief Judge

---

2

Order vacating dismissal, transferring to Magistrate Brazil for all purposes.