UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| NASH,<br><br>                Plaintiff(s),<br>   v.<br>BAY AREA RAPID TRANSIT DISTRICT,<br><br>                Defendant(s).<br>_____/ | No. C 05-05307 LB<br><br>**ORDER VACATING STATUS CONFERENCE; SETTING DATE FOR STATUS REPORT** |

On January 21, 2010, the parties filed a Joint Status Conference Statement. (Dkt. #53) According to the parties, the monetary portion of the settlement agreement has been fully satisfied and the injunctive relief component is proceeding pursuant to the terms of the settlement agreement. Accordingly, the Court hereby **VACATES** the Status Conference set for January 28, 2010. To keep the Court apprised on the progress of the remaining aspects of the settlement agreement, the Court **ORDERS** the parties to file a Joint Status Report by July 22, 2010.

**IT IS SO ORDERED.**

Dated: January 26, 2010

                                                                    _____
                                                                 LAUREL BEELER
                                                                 United States Magistrate Judge

ORDER VACATING STATUS CONFERENCE; SETTING DATE FOR STATUS REPORT
C 05-05307