<div style="text-align: left; margin-left: 2em;">**UNITED STATES DISTRICT COURT**
For the Northern District of California</div>

# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| NASH, | No. C 05-05307 LB |
| Plaintiff, | **ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT BY MARCH 1, 2011** |
| v. | |
| BAY AREA RAPID TRANSIT DISTRICT, | |
| Defendant. | |

On August 2, 2010, the parties filed a Joint Status Report. Joint Status Report, ECF No. 55. According to the parties, the monetary portion of the settlement agreement has been fully satisfied and the injunctive relief component is proceeding pursuant to the terms of the settlement agreement. *Id.* at 2. To keep the Court apprised on the progress of the remaining aspects of the settlement agreement, the Court **ORDERS** the parties to file a Joint Status Report by March 1, 2011.

**IT IS SO ORDERED.**

Dated: August 3, 2010

_____
LAUREL BEELER
United States Magistrate Judge

ORDER
C 05-05307