UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| PATRICIA NASH, | No. C 05-05307 LB |
| Plaintiff,<br>v.<br>BAY AREA RAPID TRANSIT DISTRICT,<br>Defendant. | **ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT BY SEPTEMBER 1, 2012** |

On March 1, 2012, the parties filed a Joint Status Report. Joint Status Report, ECF No. 61. According to the parties, the monetary portion of the settlement agreement has been fully satisfied and the injunctive relief component is proceeding pursuant to the terms of the settlement agreement. *Id.* at 1-2. To keep the court apprised on the progress of the remaining aspects of the settlement agreement, the court **ORDERS** the parties to file a Joint Status Report by September 1, 2012.

**IT IS SO ORDERED.**

Dated: March 6, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 05-05307 LB