UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| PATRICIA NASH,<br><br>        Plaintiff,<br>    v.<br>BAY AREA RAPID TRANSIT DISTRICT,<br><br>        Defendant.<br>_____/ | No. C 05-05307 LB<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT BY OCTOBER 1, 2012** |

On March 1, 2012, the parties filed a Joint Status Report. Joint Status Report, ECF No. 61. According to the parties, the monetary portion of the settlement agreement has been fully satisfied and the injunctive relief component is proceeding pursuant to the terms of the settlement agreement. *Id.* at 1-2. On March 6, 2012, the court issued an order directing the parties to file a Joint Status Report by September 1, 2012.

The parties have not filed the Joint Status Report as directed. The court **ORDERS** the parties to file a Joint Status Report by October 1, 2012 that both addresses the progress of the remaining aspects of the settlement agreement and the parties' failure to file a Joint Status Report by the September 1, 2012 deadline.

**IT IS SO ORDERED.**

Dated: September 24, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 05-05307 LB
ORDER