UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

PATRICIA NASH,                                    No. C 05-05307 LB

                    Plaintiff,              **ORDER SETTING TELEPHONIC
         v.                                  STATUS CONFERENCE**

BAY AREA RAPID TRANSIT DISTRICT,            Re: ECF No. 65]

                    Defendant.
_____/

On October 1, 2012, the parties filed a Joint Status Report that informed the court that they "submit that [Defendant Bay Area Rapid Transit District] has fully complied with the terms of the [settlement] agreement."  Joint Status Report, ECF No. 65 at 2.  Accordingly, the court ORDERS the parties to appear for a telephonic status conference at 1:30 p.m. on Thursday, October 4, 2012 to discuss when the court can expect the parties to file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41.  The parties are directed to contact CourtCall (866-582-6878) to arrange for their telephonic appearances at the hearing.

**IT IS SO ORDERED.**

Dated: October 2, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 05-05307 LB
ORDER

**UNITED STATES DISTRICT COURT**
For the Northern District of California